IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATHERINE L. JONES                                                              PLAINTIFF

v.                     Case No. 4:09-CV-00878 JTK

MICHAEL ASTRUE, Commissioner,
Social Security Administration                                                  DEFENDANT

JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the Court.

SO ADJUDGED this 3rd day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE