IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CATHERINE L. JONES                                                        PLAINTIFF

v.                    Case No. 4:09-CV-00878 JTK

MICHAEL ASTRUE, Commissioner,
Social Security Administration                                           DEFENDANT

### ORDER

Pending is Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (docket entry #19). In her motion, Plaintiff requests fees and expenses in the amount of $3,690. The Commissioner does not object to the amount requested (docket entry #21). Therefore, the motion is GRANTED.

EAJA fees are payable to Plaintiff, not Plaintiff's attorney, and such fees are subject to an offset when the Plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). Therefore, subject to any offset, payment by check to the order of the Plaintiff, in care of her attorney, will issue to Plaintiff's attorney.

Accordingly, Plaintiff is awarded $3,690 in fees and expenses.

IT IS SO ORDERED this 2nd day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE